No. PD-0507&0508-15

WILLIAM JASON PUGH

v.

THE STATE OF TEXAS

APPEAL No: 06-14-00066, AND;
        06-14-00067-CR

TRIAL CAUSE: 22,041-2013 AND;
        22,042-2013

WOOD, COUNTY

§
§
§
§
§
§
§
§

IN THE COURT OF

CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

## MOTION TO SUSPEND RULE TWO (2) 9.3 (B) OF THE TEXAS RULES OF APPELLATE PROCEDURE

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, WILLIAM JASON PUGH, "PETITIONER", IN THE ABOVE STYLED AND NUMBERED CAUSE. PETITIONER RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT HIM LEAVE TO FILE A SINGLE COPY OF HIS INTENDED PETITION FOR DISCRETIONARY REVEIW AND IN SUPPORT THEREOF WOULD SHEED IN THIS COURT THE FOLLOWING:

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

I.

PETITIONER MOVES PURSUANT TO RULE TWO (2) 9.3 (B) OF THE TEXAS RULES OF APPELLATE PROCEDURE AND ASKS THIS COURT TO SUSPEND THIS RULE OF SAID PROCEDURE, THAT

PAGE 1 OF 2

REQUIRES THE FILING OF ELEVEN COPIES OF HIS PETITION FOR DISCRETIONARY REVEIW WITH THIS COURT AND;

## II

THE RELIED UPON FACTS TO SHOW GOOD CAUSE FOR THIS REQUEST ARE AS FOLLOWS:

1. PETITIONER IS INDIGENT, INCARCERATED AND DOES NOT HAVE ACCESS TO A PHOTO COPIER, AND;

2. PETITIONER IS NOT REPRESENTED BY COUNSEL AND INTENDS TO FILE A PRO SE PETITION FOR DISCRETIOMARY REVIW WITH THIS COURT.

WHEREFORE THESE PREMISIS CONSIDERED, PETITIONER PRAYS THIS COURT GRANT HIS PRO SE MOTION FOR LEAVE TO FILE ONLY A SINGLE COPY OF HIS PETITION FOR DISCRETIONARY REVEIW

RESPECTFULLY SUBMITTED,

WILLIAM JASON PUGH
T.D.CJ-ID # 1929466

C.C.: FILE
    WOOD COUNTY DIST. ATT.

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION TO SUSPEND RULE TWO (2) 9.3 (6) HAS BEEN FORWARDED TO THE WOOD COUNTY DISTRICT ATTORNEY'S OFFICE, BY U.S. MAIL, POSTAGE PREPAID, ON THIS THE 27 DAY OF April, 2015

_____
WILLIAM JASON PUGH
T.D.C.J-ID # 1929966

## UNSWORN DECLARATION

I, WILLIAM JASON PUGH, T.D.C.J-ID # 1929966, BEING PRESENTLY INCARCERATED IN THE BETO UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, IN ANDERSON COUNTY TEXAS VERIFY AND DECLARE UNDER PENALTY OF PURJURY, THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED THIS THE 27 DAY OF April, 2015

_____
WILLIAM JASON PUGH
TDCJ-ID # 1929966